# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY ADAMS

NO. 2020 KW 1130

**DECEMBER 21, 2020**

---

In Re:     Jimmy Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** The time for filing an application for review is not to exceed thirty days from the date of the ruling at issue. This application for supervisory writs, which was filed twenty-two months after the January 2019 ruling on the motion to quash the habitual offender bill of information is untimely under Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT